# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**SIMPSON DUNOIS,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D20-695

[May 7, 2020]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Daliah H. Weiss, Judge; L.T. Case No. 50-2015-CF-001291-AXXX-MB.

Simpson Dunois, Indiantown, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

CIKLIN, FORST and KUNTZ, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***